[This decision has been published in *Ohio Official Reports* at 92 Ohio St.3d 211.]

**CARRUTH, APPELLANT, *v*. ERIE INSURANCE GROUP, APPELLEE.**

**[Cite as *Carruth v. Erie Ins. Group*, 2001-Ohio-171.]**

*Insurance—Motor vehicles—Mandatory offering of uninsured and underinsured motorist coverage—Amount available for payment for purpose of setoff—Court of appeals' judgment affirmed on authority of Littrell v. Wigglesworth and Clark v. Scarpelli.*

(No. 00-1873—Submitted May 16, 2001—Decided July 5, 2001.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 77161.

———————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., concur in judgment.

———————————

**COOK, J., concurring in judgment.**

{¶ 2} I concur in judgment based on the reasoning set forth in my dissenting opinion in *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and in my opinion concurring in part and dissenting in part in *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

MOYER, C.J., and LUNDBERG STRATTON, J., concur in the foregoing opinion.

———————————

*Elk & Elk Co., L.P.A.*, and *Todd O. Rosenberg*, for appellant.

———————————